**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mad Dogg Athletes, Inc., | Case No. CV 11-599-JFW(CWx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Kevin Lamar, et al., | |
| Defendants. | |

THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **20 days**, to re-open the action if settlement is not consummated. During this 20 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

S:\JFW\CIVIL CASES\Mad Dogg Athletics, 11-599\DismissalOrder Due to Settlement.wpd (Rev. 2/15/08)

```
 1        In the event a motion or ex parte application to re-open
 2   is not filed within 20 days, the dismissal of this action
 3   will be with prejudice.
 4
 5   Dated: 4/8/11               _____
 6                                      JOHN F. WALTER
                                  United States District Judge
```

S:\JFW\CIVIL CASES\Mad Dogg Athletics, 11-599\DismissalOrder Due to Settlement.wpd
(Rev. 2/15/08)                    2